UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BOJESCU, | No. 2:15-cv-1330-EFB (TEMP) P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO SHERIFF'S DEPARTMENT, et al., | |
| Defendants. | |

Plaintiff consented to proceed before the undersigned for all purposes. *See* 28 U.S.C. § 636(c); ECF No. 5. By order filed May 12, 2016, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. ECF No. 12. Thirty days from that date have now passed, and plaintiff has not filed an amended complaint, or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. *See* Fed. R. Civ. P. 41(b); Local Rule 110.

DATED: July 21, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE